| COURTROOM DEPUTY MINUTES | DATE: 10/27/05 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:08 p.m. to 3:24 p.m. |

| | | |
|---|---|---|
| √ | INITIAL APPEARANCE | COURT REPORTER: RISA ENTREKIN |
| ☐ | BOND HEARING | |
| ☐ | DETENTION HEARING | |
| ☐ | REMOVAL HEARING (R.40) | |
| ☐ | ARRAIGNMENT | |
| √ | ARRAIGNMENT on SUPERSEDING INDICTMENT | |
| ☐ | PRELIMINARY EXAMINATION | |

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR119-F-CSC**        DEFT. NAME: **GARY MACK ROBERTS**

USA: **LOUIS FRANKLIN**        ATTY: **DAVID MCKNIGHT & JOEL DILLARD**

Type Counsel: (√) Retained; ( ) Panel CJA; ( ) Waived; ( ) CDO;

USPTSO/USPO: **TAMARA MARTIN**

Defendant ___ does √ does NOT need an interpreter;
Interpreter present √ NO ___ YES    NAME: _____

- ☐ Kars. Date of Arrest _____ or ☐ karsr40
- √ kia. Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- √ kcnsl. Deft. First Appearance with Counsel
- ☐ Requests appointed Counsel ☐ORAL MOTION for Appointment of Counsel
- ☐ Finaff. Financial Affidavit executed ☐ to be obtained by PTSO
- ☐ koappted ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
- ☐ k20appt. Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- √ Deft. Advises he will retain counsel. Has retained _____
- ☐ Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ☐ Government's WRITTEN Motion for Detention Hrg. filed.
- ☐ DETENTION HRG ☐ held; ☐ Set for_____; ☐ Prelim. Hrg ☐ Set for_____
- ☐ kotempdtn. ORDER OF TEMPORARY DETENTION PENDING HEARING entered
- ☐ kodtn. ORDER OF DETENTION PENDING TRIAL entered
- √ kocondrls. Release order entered. ☐ Deft. advised of conditions of release.
- √ kbnd. √ BOND EXECUTED (M/D AL charges) $ **$25,000** Deft released (kloc LR)
- ☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- ☐ loc.(LC) Bond NOT executed. Deft to remain in Marshal's custody
- ☐ ko. Deft. ORDERED REMOVED to originating district
- ☐ kwvprl. Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
- ☐ Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- √ karr. ARRAIGNMENT SET FOR: _____ √ HELD. Plea of **NOT GUILTY** entered.
  ☐ Set for _____ Trial Term; ☐ PRETRIAL CONFERENCE DATE: _____
  DISCOVERY DISCLOSURES DATE: **11/9/05**
- ☐ Krmknn. NOTICE to retained Criminal Defense Attorney handed to Counsel
- ☐ krmvhrg. Identity/Removal Hearing set for _____
- ☐ kwvspt Waiver of Speedy Trial Act Rights Executed.