## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CRIMINAL NO. 2:05-CR-119-F |
| | ) | |
| DON EUGENE SIEGELMAN, | ) | |
| PAUL MICHAEL HAMRICK, | ) | |
| GARY MACK ROBERTS, and | ) | |
| RICHARD M. SCRUSHY. | ) | |

### MOTION FOR RECUSAL

Comes now Gary Mack Roberts, a defendant in the above-styled matter, by and through

his undersigned counsel and respectfully moves the Honorable Charles S. Coody, United States

Magistrate Judge to recuse himself from this action.

Respectfully submitted this the 3rd day of November, 2005.

_____/s/ David McKnight_____
David McKnight
Attorney for Gary Mack Roberts
BAXLEY, DILLARD, DAUPHIN, MCKNIGHT
        AND BARCLIFT
2008 Third Avenue South
Birmingham, AL  35233
Telephone: (205)271-1100
Fax: (205)271-1108

### CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2005, I electronically filed the foregoing with the
Clerk of the Court using the CM/ECF system which will send notification of such filing to the
following: 1) Charles Redding Pitt, Esq.; 2) Douglas Jones, Esq.; 3) Henry Lewis Gillis, Esq.;  4)
Leslie Vernon Moore, Esq.; 5) Ronald W. Wise, Esq. and 6) Louis V. Franklin, Esq.

_____/s/ David McKnight_____
Of Counsel