IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. 2:05-CR-119-F |
| ) | |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY. ) | |

**NOTICES OF APPEARANCE
ON BEHALF OF DEFENDANT GARY MACK ROBERTS**

Come now the undersigned counsel and enter their appearance on behalf of Gary Mack Roberts, a defendant in the above-styled matter.

Respectfully submitted this the 10th day of November, 2005.

/s/ William J. Baxley
William J. Baxley (BAX001)


/s/ Joel Dillard
Joel Dillard (DIL005)


/s/ David McKnight
David McKnight (MCK031)
Attorneys for Gary Mack Roberts
BAXLEY, DILLARD, DAUPHIN, MCKNIGHT
   AND BARCLIFT
2008 Third Avenue South
Birmingham, AL  35233
Telephone: (205)271-1100
Fax: (205)271-1108

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: 1) Charles Redding Pitt, Esq.; 2) Douglas Jones, Esq.; 3) Henry Lewis Gillis, Esq.; 4) Leslie Vernon Moore, Esq.; 5) Ronald W. Wise, Esq. and 6) Louis V. Franklin, Esq.

/s/ David McKnight
Of Counsel