IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05CR119-F |
| | ) | |
| GARY MACK ROBERTS | ) | |

**ORDER**

Now pending before the court is the motion for travel out of country (doc. # 40) filed by the defendant on November 10, 2005. Neither the United States Probation Office nor the United States Attorney objects to the motion being granted. Accordingly, it is

ORDERED that the motion for travel out of country (doc. # 40) be and is hereby GRANTED. The defendant shall notify his pretrial services officer of his leaving and upon his return in accordance with his pretrial services officer's instructions.

Done this 14th day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE