IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS.                      ) | CRIMINAL NO. 2:05-CR-119-F |
| ) | |
| DON EUGENE SIEGELMAN,    ) | |
| PAUL MICHAEL HAMRICK,    ) | |
| GARY MACK ROBERTS, and   ) | |
| RICHARD M. SCRUSHY.      ) | |

## SPEEDY TRIAL WAIVER

Comes now Gary Mack Roberts, a defendant in the above-styled matter and acknowledges that he has a right to a speedy trial and that this right has been guaranteed to him by the Sixth Amendment to the United States Constitution and the Speedy Trial Act, 18 U.S.C. 3161, et seq. However, defendant freely waives his right to a speedy trial and requests that any trial delay be excluded from computation under the Speedy Trial Act. Defendant specifically requests that the court find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendant in a speedy trial.

Respectfully submitted this the 10th day of November, 2005.

_____
Gary Mack Roberts

Jefferson County
State of Alabama

Before me the undersigned, Notary Public for the State of Alabama at large, personally appeared Gary Mack Roberts, who is known to me and signed the foregoing document in my presence. Done this the 10th day of November 2005.

_____
Notary Public
My Commission Expires: 5/10/07

Of Counsel:
David McKnight (MCK031)
BAXLEY, DILLARD, DAUPHIN, MCKNIGHT
    AND BARCLIFT
2008 Third Avenue South
Birmingham, AL 35233
Telephone: (205)271-1100
Fax: (205)271-1108

## CERTIFICATE OF SERVICE

    I hereby certify that on November 16th, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: 1) Charles Redding Pitt, Esq.; 2) Douglas Jones, Esq.; 3) Henry Lewis Gillis, Esq.; 4) Leslie Vernon Moore, Esq.; 5) Ronald W. Wise, Esq. and 6) Louis V. Franklin, Esq.

                                       /s/ David McKnight
                                       Of Counsel