IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. 2:05-CR-119-F |
| ) | |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY. ) | |

### NOTICE OF CONFLICTS OF
### COUNSEL FOR GARY MACK ROBERTS

Comes now William J. Baxley and David McKnight, counsel for Gary Mack Roberts, a defendant in the above-styled matter, and pursuant to this Honorable Court's instruction, hereby give notice of the Court conflicts for the months of January through May, 2006.

1. Both William J. Baxley and David McKnight are scheduled to be out of state of family vacations the week of AEA, March 20-24, 2006.

2. In March of 2006, David McKnight has a trial before the Honorable Robert Propst in the U.S. District Court for the Northern District of Alabama in the case styled *Fike, et al vs. D. G. Trucking*, Case No. CV-03-PT-2783-M. This is a wrongful death action that will take approximately one week to try. According to the scheduling order, the case is to be "ready to try in March of 2006".

3. David McKnight may have a conflict on April 3, 2006 in the case styled *United States vs. McNair*, et al, Case No. CR-05-PT-61-TMP. This trial is before the Honorable Robert Propst and is likely to last four to six weeks.

4. William J. Baxley has an arbitration scheduled for the week of May 26, 2006 in the case of *Torchmark v. Waddell & Reed*, American Arbitration Association Case No. 51 181 Y

01836 04. This matter has been scheduled for approximately one year, will be held in Miami and should take approximately two weeks.

    Respectfully submitted this the 30th day of November, 2005.

        /s/ David McKnight
        David McKnight
        Attorney for Gary Mack Roberts
        BAXLEY, DILLARD, DAUPHIN, MCKNIGHT
            AND BARCLIFT
        2008 Third Avenue South
        Birmingham, AL  35233
        Telephone: (205)271-1100
        Fax: (205)271-1108

## CERTIFICATE OF SERVICE

    I hereby certify that on November 30, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        /s/ David McKnight
        Of Counsel