IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-F |
| ) | |
| DON EUGENE SIEGELMAN ) | |
| RICHARD SCRUSHY ) | |
| GARY MACK ROBERTS ) | |
| PAUL MICHAEL HAMRICK ) | |

### ORDER

Upon consideration of the Motion to Extend Deadline for Filing Motion and Brief for Severance (Doc. # 63) it is hereby

ORDERED that the motion is GRANTED. The deadline for filing motions to sever is extended from December 14, 2005 to December 21, 2005. The deadline for filing responses to any motions to sever is extended from January 4, 2006 to January 11, 2006. The deadline for filing replies to responses to motions to sever is extended from January 11, 2006 to January 18, 2006. These extensions apply to motions to sever filed by any of the four Defendants.

DONE this 13th day of December, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE