# COURTROOM DEPUTY'S MINUTES    DATE: 12/28/05
# MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 10:21 - 10:23

COURT REPORTER: Risa Entrekin

**x** ARRAIGNMENT  ☐ CHANGE OF PLEA  ☐ CONSENT PLEA
☐ RULE 44(c) HEARING  ☐ SENTENCING

---

**PRESIDING MAG. JUDGE:** Vanzetta Penn McPherson   **DEPUTY CLERK:** Wanda A. Robinson
**CASE NUMBER:** 2:05cr119-F   **DEFENDANT NAME:** Gary Mack Roberts
**AUSA:** James Perrine, Joseph Fitzpatrick, Jr., Louis Franklin, Sr.   **DEFENDANT ATTORNEY:** Mark D. McKnight

Type counsel ( )Waived; (✓)Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (✓)NO; ( )YES   Name:
**DISCOVERY DISCLOSURE DATE:** 1/6/06

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **FINACIAL AFFIDAVIT EXECUTED.** *ORAL MOTION FOR APPT OF COUNSEL*
☐ *ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER. NTC OF APPR TO BE FILED*
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☑ Not Guilty   ☐ Nol Contendere
☐ Not Guilty by reason of insanity
☐ Guilty as to:
   ☐ Count(s):
   ☐ Count(s):   ☐ dismissed on oral motion of USA
   ☐ to be dismissed at sentencing

☐ Written plea agreement filed   ☐ ORDERED SEALED
☐ _____ Days to file pretrial motions   ☐ _____ Trial date or term
☐ **ORAL ORDER ADJUDICATING DEFENDANT GUILTY** as to Counts
☐ **ORDER:** Defendant continued under ☐ same bond; ☐ summons; for:
   ☐ Trial on _____ ; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Posting a $_____ bond;
   ☐ Trial on _____ ; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
   ☐ Defendant requests time to secure new counsel
☐ **WAIVER** of Speedy Trial. CRIMINAL TERM: