IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>VS. )<br>)<br>DON EUGENE SIEGELMAN, )<br>PAUL MICHAEL HAMRICK, )<br>GARY MACK ROBERTS, and )<br>RICHARD M. SCRUSHY. ) | CRIMINAL NO. 2:05-CR-119-F |

## NOTICE OF APPEARANCE
## ON BEHALF OF DEFENDANT GARY MACK ROBERTS

Comes now the undersigned counsel and enters his appearance on behalf of Gary Mack Roberts, a defendant in the above-styled matter.

Respectfully submitted this the 31st day of January, 2006.

                                                    /s/S. Joshua Briskman
                                                  S. Joshua Briskman
                                                  One of the Attorneys for Gary Mack Roberts

OF COUNSEL:

BAXLEY, DILLARD, DAUPHIN,
    MCKNIGHT & BARCLIFT
2008 Third Avenue South
Birmingham, Alabama 35233
Telephone: (205) 271-1100
Fax: (205) 271-1108

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of January, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James B. Perrine, Esq.
Louis V. Franklin, Sr., Esq.
Stephen P. Feaga, Esq.
U.S. Attorney's Office
Post Office Box 197
Montgomery, Alabama 36101-0197

Joseph L. Fitzpatrick, Jr., Esq.
Attorney General's Office
11 South Union Street
Montgomery, Alabama 36130

Charles Redding Pitt, Esq.
John D. Saxon, P.C.
2119 Third Avenue North, Suite 100
Birmingham, Alabama 35203

G. Douglas Jones, Esq.
Russell J. Drake, Esq.
Whatley Drake, L.L.C.
Post Office Box 10647
Birmingham, Alabama 35202-0647

Ronald Wayne Wise, Esq.
2000 Interstate Park Drive, Suite 105
Montgomery, Alabama 36109

Arthur W. Leach, Esq.
2310 Marin Drive
Birmingham, Alabama 35243

Henry Lewis Gillis, Esq.
Christopher Lyle Whitehead, Esq.
Thomas, Means, Gillis & Seay, P.C.
Post Office Drawer 5058
Montgomery, Alabama 36103-5058

James Kenneth Jenkins, Esq.
W. Bruce Maloy, Esq.
Maloy & Jenkins
75 Fourteenth Street NW, 25th Floor
Atlanta, Georgia 30309

Leslie Vernon Moore, Esq.
Moore & Associates, L.L.C.
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242

 

       /s/S. Joshua Briskman
Of Counsel