## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 2/2/06 | AT | |
| DATE COMPLETED: 2/2/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

V.

DON SIEGLEMAN, ET AL

CASE NO.: 2:05CR119-MEF-CSC

**GOVERNMENT**         **APPEARANCES:**         **DEFENDANT**

Atty. James B. Perrine          Atty. Charles R. Pitt
Atty. Louis V. Franklin, Sr.    Atty. Doug Jones
Atty. Stephen P. Feaga          Atty. ArthurW. Leach
Atty. Joseph Fitzpatrick, Jr.   Atty. Lewis Gillis
                                Atty. Leslie V. Moore
                                Atty. Christopher Whitehead
                                Atty. Ron Wise

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson     **Court Reporter:** James Dickens
**Law Clerk:** Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **ORAL ARGUEMENT ON MOTIONS**

# SEE MINUTES ATTACHED

# LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** 05cr119-N USA vs. Siegleman - Oral Arguments;
**Date:** 2/2/2006    **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 10:01:37 AM | Court | Court convenes; Discussion as to jury challenge motion and discovery; Discussion as to who would take lead on matters; |
| 10:02:03 AM | Atty. Leach | Will argue for the defense; |
| 10:02:16 AM | Court | Discussion as to whether the motion to dismiss is premature; |
| 10:02:24 AM | Atty. Leach | Response - Not premature; site related cases to the court; |
| 10:03:36 AM | Court | Discussion as to the Carmichael Challenge; Was it a challenge to the grand jury or petit jury? |
| 10:03:51 AM | Atty. Leach | Only the petit jury; |
| 10:03:56 AM | Court | Response - The petit jury in the Carmichael case came out of the 2001 qualified wheel; The grand jury that returned the indictments in the case came out of the 2001 qualified wheell Yhere has been no discovery about the composititon of grand jury; |
| 10:04:19 AM | Atty. Leach | That's correct; Asking that the lawyers for the defense be included under Carmichael protective order; |
| 10:05:06 AM | Court | Wanted to get that clear; Not in position to rule on the motions; Discussions as to courts concerns of the sufficiency of the Affidavit of Mr. Jenkins; Discussions as to the law applicable to the cases; |
| 10:06:58 AM | Atty. Leach | Response regarding request in the motion; |
| 10:07:34 AM | Court | Addresses timing issue; Discussion as to discovery that would be allowed; Want to establish claim; |
| 10:08:13 AM | Atty. Leach | Response; Discussion as to the make of the jury wheel; |
| 10:08:55 AM | Court | Response - The way to address that is to take the depo of the jury clerk? |
| 10:09:02 AM | Atty. Leach | After we have discovery so to have some idea what I'm looking at; |
| 10:09:34 AM | Court | Discussion as to view of problem of the composition of the petiti jury that Mr. Jenkins discussion in his affidavit; |
| 10:09:49 AM | Atty. Leach | Response; |
| 10:10:04 AM | Court | Discussion as to whether the clerk did not comply to the order entered by Judge Thompson; |
| 10:10:06 AM | Atty. Leach | Response;Discussion as to how to conduct the discovery and analyze the statistic to include jurors coming out of the system and why they are coming out of the system; |
| 10:10:46 AM | Court | Response; |
| 10:10:49 AM | Atty. Leach | Response at to allegations made in Carmichael; |
| 10:11:03 AM | Court | Discussion as to the whether or not the grand jury and the composition of the petit jury different? |
| 10:11:51 AM | Atty. Leach | Addresses problems; Understanding of grand jury selection process; |

| | | |
|---|---|---|
| 10:12:42 AM | Court | Discussion of depleat a grand jury that is selected; |
| 10:12:49 AM | Atty. Leach | People are excused; |
| 10:13:49 AM | Court | Discussions as to the Clay issue and how the clerk dealt with jurors that were deferred; |
| 10:14:17 AM | Atty. Leach | Response - we don't know without discovery; Discussion as to whether the motion should stand; |
| 10:14:57 AM | Court | You want me to allow all access to the Carmichael information; |
| 10:15:12 AM | Atty. Leach | That's correct. |
| 10:15:17 AM | Court | That's not a problem; |
| 10:15:22 AM | Atty. Leach | Discussions as to the 2005 wheel dispute; Ask that the same kind of discovery be submitted; |
| 10:15:33 AM | Court | We don't have a petit jury yet; |
| 10:15:39 AM | Atty. Leach | Response; |
| 10:15:45 AM | Court | Not going to get information as to juror biographical information; |
| 10:16:03 AM | Atty. Leach | Response as to how to determine the racial make up of the jurors; |
| 10:16:22 AM | Court | Your entitled to that; Could be done as to juror number; |
| 10:16:22 AM | Atty. Leach | Information might be different; Participant be numbers cannot be correlated to race without the name; |
| 10:17:30 AM | Atty. Perrine | Response; |
| 10:18:18 AM | Court | Not voter registration list, it's the percent of African Americans eligible to vote in the district; Discrepency in the figures used; |
| 10:18:46 AM | Atty. Leach | Response; |
| 10:18:55 AM | Court | Response as to age; |
| 10:19:15 AM | Atty. Leach | Discussion of the Clay analysis; |
| 10:19:52 AM | Court | Response as to Fair Cross Selection claim; |
| 10:20:19 AM | Atty. Leach | Response; |
| 10:21:27 AM | Court | Addresses issue that both motion seek biographical information; |
| 10:22:02 AM | Atty. Leach | Response; |
| 10:22:43 AM | Court | Discussion as to composition of the petite jury; |
| 10:24:22 AM | Atty. Leach | Response as to discovery needed; |
| 10:27:04 AM | Court | Discussion as to trial setting and time frame to get matters done; |
| 10:27:22 AM | Atty. Leah | Prepared to waive speedy trial; |
| 10:28:17 AM | Court | Response; May 1st is a firm trial date; |
| 10:28:39 AM | Atty. Leach | Response; |
| 10:29:03 AM | Court | Discussion as to what discovery that will be allowed; Discussion as to the make up of theracial make up of the jury; |
| 10:30:11 AM | Atty. Leach | Response; |
| 10:31:13 AM | Court | Response; will set internim conf |
| 10:31:39 AM | Atty. Perrine | Addresses isssue; Discussion and to disclosure of name on the jury wheel; |
| 10:32:13 AM | Court | Addresses the Fair cross claim; |
| 10:33:25 AM | Atty. Leach | Response; |
| 10:33:53 AM | Court | 2001 GJ information; |

| | | |
|---|---|---|
| 10:34:08 AM | Atty. Leach | Might need to expand discovery; |
| 10:34:33 AM | Court | Will take a look at that; |
| 10:35:11 AM | Atty. Leach | Respnse; |
| 10:35:56 AM | Court | |
| 10:36:23 AM | Atty. Leach | Discussion as to 2005 wheel; |
| 10:36:38 AM | Court | The gove. position? |
| 10:36:53 AM | Atty. Perrine | Response; |
| 10:37:25 AM | Atty. Leach | Response; |
| 10:37:33 AM | Court | Will get order out on the discovery; |
| 10:37:42 AM | Court | Court is recessed. |
| | | |