## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **HON. CHARLES S. COODY, JUDGE** | AT | Montgomery, Alabama |
| **DATE COMMENCED:** 2/23/06 | AT | 9:03 a.m. to 9:25 a.m. |
| **DATE COMPLETED:** 2/23/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

V.     CASE NO.: 2:05CR119-MEF-CSC

DON SIEGELMAN, ET AL

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| Atty. Louis V. Franklin, Sr. | Atty. Vincent F. Kilborn, II | |
| | Atty. Doug Jones | |
| | Atty. Arthur W. Leach | |
| | Atty. Leslie V. Moore | |
| | Atty. James Jenkins | |
| | Atty. Ron Wise | |
| | Atty. Ed. Blunt | |

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson    **Court Reporter:** James Dickens
**Law Clerk:** Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **TELEPHONE STATUS CONFERENCE**

# SEE MINUTES ATTACHED

| | LOG OF PROCEEDINGS ELECTRONICALLY RECORDED | | |
|---|---|---|---|
| **Description** | Status Conf. - USA v. Siegelman - 05cr119-F | | |
| **Date** | 2/23/2006 | **Location** | Courtroom 4B |
| **Time** | **Speaker** | **Note** | |
| 9:03:15 AM | Court | Status Conference call begins; parties on line as noted above; Discussions regarding jury composition and the Second motion for discovery records filed by Deft Scrushy; Discussions as to status of analysis of the records; | |
| 9:05:43 AM | Atty. Jenkins | Response; | |
| 9:05:52 AM | Court | Question as to how much longer the analysis is going to take; | |
| 9:06:03 AM | Atty. Jenkins | Response - not time consuming; Depends on when we get the material and what format the materials are in; | |
| 9:06:46 AM | Court | Discussion as to page 3 of the motion; | |
| 9:07:11 AM | Atty. Jenkins | Response; | |
| 9:07:25 AM | Court | Discussion as to any problems with Dr. Dunlaps analysis going forward; | |
| 9:07:46 AM | Atty. Jenkins | Response regarding that data produce; | |
| 9:09:04 AM | Court | That's the deferral information requested; Question regarding request of data of the 2005 wheel; | |
| 9:09:54 AM | Atty. Jenkins | Response as to the 10% disparity; | |
| 9:11:09 AM | Court | Discussions as to other challenges of intentional discrimination; Discussion as to evidence of the 2005 wheel; | |
| 9:12:41 AM | Atty. Jenkins | Response as to evidence seeking; | |
| 9:13:46 AM | Court | Response; | |
| 9:14:52 AM | Atty. Jenkins | Response re: jury issue and qualified wheel; | |
| 9:15:30 AM | Court | Response - what are those descretionary non random acts are?; | |
| 9:15:35 AM | Atty. Jenkins | Response re: th deferred and excused process; | |
| 9:15:57 AM | Court | You mean what happens to those jurors after they are deferred; | |
| 9:15:59 AM | Atty. Jenkins | Response; And how are they put back into the jury pool, what percentage goes back into the jury pool and how they are scattered within the jury pool; | |
| 9:16:15 AM | Court | Discussion as to the matter of evidence and will a hearing be necessary; | |
| 9:16:28 AM | Atty. Jenkins | Yes. Have to be able to track the deferral process; | |
| 9:16:54 AM | Court | Discussion regarding readiness for hearing; | |
| 9:17:17 AM | Atty. Jenkins | Response - depends on how quickly we get data from jury people; | |
| 9:18:47 AM | Court | Will set another telephone conf after the govt's response; | |
| 9:19:29 AM | Atty. Jones | Discussions re: motions to adopt other defts' motions; | |
| 9:19:59 AM | Court | The other defts are allowed to adopt deft's Scrushy's jury challenge if haven't done so already; | |
| 9:20:43 AM | Atty. Jones | Response; | |

| 9:21:07 AM | Court | Will enter order setting another telephone conference; |
| 9:21:47 AM | Atty. Jenkins | Heads up to the court on how the deferral process works; |
| 9:23:07 AM | Court | Response; |
| 9:23:43 AM | Atty. Jenkins | Response as to how the deferred jurors are scattered; |
| 9:24:09 AM | Court | Question to parties as to objections directing the court reporter tgiving a copy of this argument to the Clerk for her review; |
| 9:24:36 AM | Atty. Jenkins | No objections; |
| 9:24:41 AM | Atty. Jones | We have no objections; |
| 9:24:45 AM | Court | Conference call ends. |