## MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| HON. CHARLES S. COODY, JUDGE | AT | Montgomery, Alabama |
| DATE COMMENCED: 3/2/06 | AT | 9:03 a.m. to 9:50 a.m. |
| DATE COMPLETED: 3/2/06 | TO | Digital Recorded |

UNITED STATES OF AMERICA

V.

DON SIEGELMAN, ET AL

CASE NO.: 2:05CR119-MEF-CSC

**GOVERNMENT**      **APPEARANCES:**      **DEFENDANT**

Atty. Louis V. Franklin, Sr.
Atty. J. B. Perrine
Atty. Stephen P. Feaga
Atty. Jennifer Garrett
Atty. Joseph Fitzpatrick

Atty. Redding Pitt (Siegelman)
Atty. Doug Jones (Siegelman)
Atty. David McDonald (Siegelman)
Atty. James Jenkins (Scrushy)
Atty. Arthur W. Leach (Scrushy)
Atty. Leslie V. Moore (Scrushy)
Atty. David McKnight (Roberts)
Atty. Jeff Deen (Hamrick)

**COURT OFFICIALS PRESENT:**

**Court Room Deputy:** Wanda Stinson     **Court Reporter:** Risa Entrekin
**Law Clerk:** Corrie Long

( ) NON-JURY TRIAL
(X) OTHER PROCEEDINGS: **TELEPHONE STATUS CONFERENCE**

# SEE MINUTES ATTACHED

## LOG OF PROCEEDINGS ELECTRONICALLY RECORDED

**Description:** Telephone Status Conf - 05cr119-F-CSC
**Date:** 3/2/2006      **Location:** Courtroom 4B

| Time | Speaker | Note |
|---|---|---|
| 9:03:45 AM | Court | Conf. begins; parties on line as noted; Discussions as to the jury composition; Discussions as to the question whether to defer consideration of motion after trial of case; |
| 9:06:14 AM | Atty. Jenkins | Response - oppose process; Feels the court must hear motion prior to trial; |
| 9:07:25 AM | Court | Agrees; Don't have a problem with proceeding a head; Court will move ahead as quickly as possible; |
| 9:08:23 AM | Atty. Jones | Response to issue |
| 9:08:35 AM | Court | Just wanted to raise that issue; |
| 9:08:48 AM | Atty. Perrine | States government's position - to delay issue until after the trial; |
| 9:09:03 AM | court | Response - will move ahead; Discussion re: pending motion of Deft Scrushy second motion for discovery; Discussion as to the request for statistical information about the process of deferred or excused jurors; |
| 9:10:33 AM | Atty. Jenkins | Response; |
| 9:12:07 AM | Court | For clarification - I'm speaking of the 2001 qualified jury wheel and the grand jury, your requesting data related to the composition of all of the pools; What does the petit jury venires have to do with the questions of the grand jury venires? |
| 9:12:33 AM | Atty. Jenkins | Response - they come out of the qualified wheel; |
| 9:13:28 AM | Court | What part of information you do not have? |
| 9:13:35 AM | Atty. Jenkins | Jury history files of those summoned for each panel; |
| 9:14:03 AM | Court | What information contained |
| 9:14:11 AM | Atty. Jenkins | The deferral and excusal history of each juror; |
| 9:14:31 AM | Court | You want to know whether a juror has been deferred or excused and when were they called and if they'd been called? |
| 9:14:38 AM | Atty. Jenkins | Including the information for the basis of the deferral or excusal; And when they were put back in the qualified wheel or panel; |
| 9:15:06 AM | Court | Discussions re: the problem identified in Clay and the treatment of deferred jurors; Why excused jurors? |
| 9:15:32 AM | Atty. Jenkins | Response; to compare grounds on which jurors are excused versus the grounds on which they are deferred.; |
| 9:16:03 AM | Court | Question as to if the grand jury panel contained no excused or deferred jurors are you entitled to that information? |
| 9:16:13 AM | Atty. Jenkins | Response; |
| 9:16:45 AM | Atty. Perrine | Response - on interviewing the court personnel on what the process is; |
| 9:17:17 AM | Atty. Jenkins | Response re: proving intentional discrimination; |
| 9:17:31 AM | Court | You do as to the equal protection challenge; |

| Time | Speaker | Description |
|---|---|---|
| 9:17:33 AM | Atty. Jenkins | Yes. Response; |
| 9:17:47 AM | Court | Addresses problem with 6th Amendment challenge - the failure to show a desparity of 10%; |
| 9:18:17 AM | Atty. Jenkins | Response; |
| 9:19:02 AM | Court | Response as to desparity being less than 10 %; |
| 9:20:25 AM | Atty. Jenkins | Response re: the merits; |
| 9:21:56 AM | Court | Response; |
| 9:23:26 AM | Atty. Jenkins | Continued response as to the 10% desparity; |
| 9:26:34 AM | Court | Response to hypothetical example; |
| 9:27:53 AM | Atty. Jenkins | Response; |
| 9:32:31 AM | Court | What records are you entitled to?; |
| 9:32:36 AM | Atty. Jenkins | Response; |
| 9:33:40 AM | Court | Discussion as to the continued composition of the wheel in regarding to paragraphs nos. 10, 11, 12; |
| 9:35:12 AM | Atty. Jenkins | Response regarding request re: the qualified wheel; |
| 9:35:57 AM | Court | Discussion re: question as to the clerk as to what the clerk does when questionnaires are returned undeliverable; |
| 9:36:28 AM | Atty. Jenkins | Response; |
| 9:38:41 AM | Court | Response to argument; |
| 9:39:15 AM | Atty. Jenkins | Response; |
| 9:39:23 AM | Court | Discussion as what happened in Duran; |
| 9:39:29 AM | Atty. Jenkins | Response; |
| 9:39:38 AM | Court | Response re: facts of that case; |
| 9:40:22 AM | Atty. Jenkins | Response as to the random process; |
| 9:40:42 AM | Court | Response; |
| 9:40:54 AM | Atty. Jenins | Response as to the deferral process; |
| 9:41:09 AM | Court | Discussions when would counsel be ready to have hearing this issue; |
| 9:41:20 AM | Atty. Jenkins | Would have to talk with Dr. Dunlap; |
| 9:41:39 AM | Court | Addresses problem; Discussion as to resolving this issue prior to trial; |
| 9:42:53 AM | Atty. Jenkins | Response as to right to records' |
| 9:43:08 AM | Atty. Perrine | Disagrees with that; |
| 9:43:16 AM | Atty. Jenkins | Response; |
| 9:43:41 AM | Atty. Perrine | Response; |
| 9:44:11 AM | Court | Response; |
| 9:44:46 AM | Atty. Jenkins | Response to issues; |
| 9:46:05 AM | Court | Discussion regarding developing the data and being ready for hearing ; |
| 9:46:45 AM | Atty. Jenkins | Response; |
| 9:47:58 AM | Court | Discussions of the petite jury; |
| 9:48:40 AM | Atty. Jenkins | Response; |
| 9:49:35 AM | Court | Understands the U.S. position |
| 9:49:50 AM | Atty. Perrine | Response to issue of composition of the wheel; |
| 9:50:16 AM | Atty. Jenkins | Response; |
| 9:50:25 AM | Court | Will take motion under advisement; |
| 9:50:37 AM | Court | Court is recessed. |