IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. 2:05-CR-119-F |
| ) | |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY. ) | |

**JUROR QUESTIONNAIRE CERTIFICATION**
*United States v. Don Eugene Siegelman, Paul Michael Hamrick,
Gary Mack Roberts, and Richard M. Scrushy*

We, William J. Baxley, David McKnight, Joshua Briskman, counsel for Mack Roberts, do hereby certify that we will keep confidential the information contained in the juror questionnaires and that we agree to be responsible for their receipt, review, maintenance, and destruction. Upon completion of the empaneling of the jury we will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the 18 jurors selected to serve, are immediately destroyed.

Signature: _William Baxley_    Date: 3/28/06

Signature: _David McKnight_    Date: 3/27/06

Signature: _Joshua Briskman_    Date: 3/27/06