IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NO. 2:05-CR-119-F |
| ) | |
| DON EUGENE SIEGELMAN, ) | |
| PAUL MICHAEL HAMRICK, ) | |
| GARY MACK ROBERTS, and ) | |
| RICHARD M. SCRUSHY. ) | |

**DEFENDANT GARY MACK ROBERTS'
MOTION TO EXTEND TIME FOR FILING MOTIONS *IN LIMINE***

COMES NOW Defendant, Gary Mack Roberts ("Roberts"), by and through the undersigned counsel, and hereby requests this Honorable Court to extend the time for filing Motions in Liminie. As grounds for and in support of his motion, Roberts states as follows:

1. The Government has submitted over one million documents in this case.

2. The undersigned counsel has been diligently reviewing the documents but has not yet completed such review.

3. Accordingly, there may be matters which are subsequently discovered which might be the subject of a Motion in Limine which are unknown at this time.

WHEREFORE, Roberts respectfully requests this Court to extend the time for submitting Motions in Limine.

Case 2:05-cr-00119-MEF-CSC   Document 273   Filed 04/03/2006   Page 2 of 2

        Respectfully submitted

        /s/ David McKnight
        David McKnight
        Josh Briskman
        Attorneys for Gary Mack Roberts
        BAXLEY, DILLARD, DAUPHIN, MCKNIGHT
            AND BARCLIFT
        2008 Third Avenue South
        Birmingham, AL 35233
        Telephone: (205)271-1100
        Fax: (205)271-1108

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

        /s/ David McKnight
        Of Counsel