IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| GARY MACK ROBERTS ) | |

## **ORDER**

Upon consideration of Defendant Gary Mack Roberts' Motion to Extend Time for Filing Motions *in Limine* (Doc. # 273), it is hereby ORDERED that the motion is DENIED.

DONE this the 4th day of April, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE