**FILED**

**JUROR QUESTIONNAIRE CERTIFICATION**
*United States v. Don Eugene Siegelman, Paul Michael Hamrick,*
*Gary Mack Roberts, and Richard M. Scrushy*

APR 1 3 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

I, ___Joseph Fitzpatrick___, counsel for ___United States___, do hereby certify that I will keep confidential the information contained in the juror questionnaires and that I agree to be responsible for their receipt, review, maintenance, and destruction. Upon completion of the empaneling of the jury I will ensure that all copies (including electronic copies) of the questionnaires of all jurors, including the questionnaires of the 18 jurors selected to serve, are immediately destroyed.

Signature: _____[signature]_____    Date: __4-13-06__