IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR 11 2006
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 2:05-CR-119-MEF |
| DON EUGENE SIEGELMAN | ) |
| PAUL MICHAEL HAMRICK | ) |
| GARY MACK ROBERTS, and | ) |
| RICHARD M. SCRUSHY. | ) |

## NOTICE OF FILING UNDER SEAL

COMES NOW the United States of America, by and through Louis V. Franklin, Sr., Acting United States Attorney for the Middle District of Alabama, and Andrew C. Lourie, Acting Chief of the Public Integrity Section of the Criminal Division of the United States Department of Justice, and, pursuant to this Court's Order of March 20, 2006, files under seal the attached Deposition of James H. Gundlach.

Respectfully submitted this the 11th 10th day of April, 2006

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

/s/ Louis V. Franklin, Sr.
Acting United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:   (334)223-7560
Email: louis.franklin@usdoj.gov

J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:   (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

/s/ Jennifer Garrett
Special Assistant United States Attorney
Assistant Attorney General
Office the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-8494
Fax:   (334)242-4890
Email: jgarrett@ago.state.al.us
ASB-4600-T77J

/s/ Stephen P. Feaga
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:   (334)223-7560
Email: steve.feaga@usdoj.gov
ASB-7374A60S

ANDREW C. LOURIE
ACTING CHIEF, PUBLIC INTEGRITY SECTION

/s/Richard C. Pilger
Department of Justice, Criminal Division
Public Integrity Section
10th & Constitution Ave, NW
Bond Building - 12th Floor
Washington, DC 20530
Phone: (202)514-1412
Fax:   (202)514-3003
Email: richard.pilger@usdoj.gov

/s/ Joseph L. Fitzpatrick, Jr.
Special Assistant United States Attorney
Assistant Attorney General
Office of the Attorney General
11 S. Union
Montgomery, AL 36130
Phone: (334)353-4839
Fax:    (334)242-4890
Email: j.fitzpatrick@ago.al.state.us

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>DON EUGENE SIEGELMAN, )<br>PAUL MICHAEL HAMRICK, )<br>GARY MACK ROBERTS, and )<br>RICHARD M. SCRUSHY )   | CRIMINAL NO. 2:05-CR-119-MEF |

### CERTIFICATE OF SERVICE

I hereby certify that on Apirl 10, 2006, I served a true and correct copy of the foregoing document via facsimile, on the following persons at telephone numbers listed below.

Respectfully submitted,

LOUIS V. FRANKLIN, SR.
ACTING UNITED STATES ATTORNEY

J.B. Perrine
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax:    (334)223-7135
Email: jb.perrine@usdoj.gov
ASB-9077-E31J

James K. Jenkins
Maloy & Jenkins
25th Floor
75 Fourteenth Street NW
Atlanta, GA 30309
Fax: 404-875-8757

Thomas Jefferson Deen, III
T. Jefferson Deen, III, P.C.
P.O. Box 2705
Mobile, AL 36652
Fax: 251-433-0703

Vincent F. Kilborn, III
Kilborn, Roebuck & McDonald
1810 Old Government Street
P.O. Box 66710
Mobile, AL 36606
Fax: 251-479-6747

William Joseph Baxley
Baxley, Dillard, Dauphin & McKnight
2008 Third Avenue South
Birmingham, AL 35233
Fax: 205-271-1108