AO 89 (Rev. 7/95) Subpoena In a Criminal Case

# United States District Court
## MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

v.

RICHARD M. SCRUSHY, et al.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 2:05cr119-MEF

TO: MARK WILKERSON
405 South Hull Street
Montgomery, Alabama 36101

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| U.S. District Court<br>One Church Street<br>Montgomery, Alabama 36104 | 2F |
| | DATE AND TIME<br>May 1, 2006  9:00 am |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

PARTY WHO REQUESTED YOU TO SERVE A WITNESS IS RESPONSIBLE FOR PAYING THE WITNESS FEE, MILEAGE AND CERTAIN EXPENSES. THERE IS NO PROVISION FOR THE UNITED STATES TO PAY YOU. IF THE WITNESS FEE AND MILEAGE ARE NOT TENDERED WHEN THE SUBPOENA IS SERVED, THE WITNESS MAY NOT BE COMPELLED TO RESPOND TO THE SUBPOENA.

"A subpoena may be served by the marshal, by a deputy marshal or by any other person who is not a party and is not less than 18 years of age. Service of a subpoena shall be made by delivering a copy thereof to the person named and by tendering to that person the fees for one day's attendance and the mileage allowed by law." (Federal Rules of Criminal Procedures 17c)

U.S. MAGISTRATE JUDGE OR CLERK OF COURT
Debra P. Hackett
BY DEPUTY CLERK

DATE
4/25/07

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
Arthur W. Leach
2310 Marin Drive, Birmingham, Alabama 35243      205-822-4224