IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:05-cr-119-MEF |
| ) | |
| GARY MACK ROBERTS ) | |

## Verdict as to Defendant Roberts

1. We, the Jury, find Defendant Roberts

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Eighteen of the Second Superceding Indictment.

2. We, the Jury, find Defendant Roberts

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Nineteen of the Second Superceding Indictment.

3. We, the Jury, find Defendant Roberts

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Twenty of the Second Superceding Indictment.

4.   We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-One of the Second Superceding Indictment.

5.   We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-Two of the Second Superceding Indictment.

6.   We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-Three of the Second Superceding Indictment.

7.   We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-Four of the Second Superceding Indictment.

8.   We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

of Honest Services Mail Fraud as alleged in Count Twenty-Five of the Second Superceding Indictment.

9. We, the Jury, find Defendant Roberts

   _____ Guilty
   \_\_\_X\_\_\_ Not Guilty

   of Honest Services Mail Fraud as alleged in Count Twenty-Six of the Second Superceding Indictment.

10. We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Twenty-Seven of the Second Superceding Indictment.

11. We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Twenty-Eight of the Second Superceding Indictment.

12. We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Twenty-Nine of the Second Superceding Indictment.

13. We, the Jury, find Defendant Roberts

    _____ Guilty
    \_\_\_X\_\_\_ Not Guilty

    of Honest Services Mail Fraud as alleged in Count Thirty of the Second Superceding Indictment.

14. We, the Jury, find Defendant Roberts

　　　　　_____ Guilty
　　　　　___X___ Not Guilty

of Honest Services Mail Fraud as alleged in Count Thirty-One of the Second Superceding Indictment.

15. We, the Jury, find Defendant Roberts

　　　　　_____ Guilty
　　　　　___X___ Not Guilty

of Honest Services Mail Fraud as alleged in Count Thirty-Two of the Second Superceding Indictment.

16. We, the Jury, find Defendant Roberts

　　　　　_____ Guilty
　　　　　___X___ Not Guilty

of Honest Services Mail Fraud as alleged in Count Thirty-Three of the Second Superceding Indictment.

SO SAY WE ALL.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Foreperson

Date: 6-29-06