IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR NO. 2:05CR119-MEF |
| | ) | |
| | ) | Jury Trial: 5/1/06 - 6/29/06 |
| Don Eugene Siegelman, et al. | | Before: Honorable Mark E. Fuller |

## WITNESS LIST

| GOVERNMENT | DEFENDANTS |
|---|---|
| 5/1/06<br>Alva Lambert | Roberts |
| | 6/9/06<br>Jennifer Marcato |
| 5/2/06<br>Nick Bailey | Senator Lowell Barron<br>Charles Swann<br>Senator Perry A. Hand<br>Ron Green<br>Richard Lindsey<br>Francis Alred<br>Rosemary Johnson<br>Dr. William A. Meehan |
| 5/8/06<br><br>Darren Richard Cline<br>Raymond Lloyd Bell, Jr.<br>Josh Hayes | 6/12/06<br><br>Paul Bowlin<br><br>Scrushy<br><br>6/12/06<br>Dr. Craig Philpot<br>Dr. Gilder L. Wideman<br>Dr. Roosevelt McCorvey<br>General Wyndall L. Clark, Jr.<br>Elmer D. Harris |

<u>5/9/06</u>

Margaret Taylor Sellers
William McGahan
Leif Murphy
Michael David Martin

<u>5/10/06</u>

James T. Waggoner
Charles Taylor Pickett, Jr.
Loree Skelton
<u>5/11/06</u>

John Morrow

<u>5/15/06</u>

Todd Beard
Teresa Griswald
Ed Packard

<u>5/16/06</u>

Charles E. Granger, Jr.
Lanny Young

<u>5/19/06</u>

Tim Burgess

<u>5/22/06</u>

Phillip Jordan
Robert Selak
Norwood Kerr
Patrick Harris
Lisa Cardell
Claire Austin

<u>5/23/06</u>

Wade Hope
Cathy Howard

<u>Hamrick</u>

6/12/06
Robert L. Childree
Melissa Buckalew

<u>5/24/06</u>

Loretta Nelson
Pat Hagler
Fred Simpler
Jimmy Ramage
Bill Blount
David Campbell

<u>5/25/06</u>
Lee Miller
Jimmy Allen

<u>5/26/06</u>
Phillip Rawls
Frank Courson

<u>5/30/06</u>
Don Vaughn
William Blount - Recalled
Joe McInnes

<u>5/31/06</u>
John Derrickson
Paul Bowlin
Steve Armberg

<u>6/1/06</u>
Forrest "Mac" Marcato
Nancy Marcato
Anita Muller
Mona George
Gerald Marren
Janice McDonald

<u>6/2/06</u>
Beth Craine

<u>6/5/06</u>
Chris Hudgins
Sandy Parker
James Mezrano
Caleb Hopkins
Deanne Seibert
Gayle Traylor

<u>6/6/06</u>
Jacky Graham
Sandra Horn
John Sanzo

<u>6/7/06</u>
Billy Stinson
Gary Moore
Rose Lawler
Anita Muller - Recalled
Candida Jumalon
Audie B. Ward
<u>6/8/06</u>
Wyndall Elliott
Gerald Smith