✎ AO 245A (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

V.

GARY MACK ROBERTS

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 2:05CR119-MEF-003

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ Mark E. Fuller
Signature of Judge

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

July 3, 2007
Date